IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01750-REB-BNB

NORTHWEST DIRECT TELESERVICES, INC., an Oregon corporation,

Plaintiff,

v.

TOUCHSTAR SOFTWARE CORPORATION, a Delaware corporation, and
KAYNE ANDERSON INVESTMENT MANAGEMENT, INC., a California corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to File Second Amended Complaint and Jury Demand** [Doc. # 62, filed 10/30/2009] (the "Motion to Amend").

The Motion to Amend is unopposed and is brought within the time to amend established in the Scheduling Order [Doc. # 59].  I find that justice requires that the amendment be allowed. See Fed. R. Civ. P. 15(a)(2).

IT IS ORDERED that the Motion to Amend is GRANTED.  The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 62-3].

Dated November 12, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge